DENTONS US LLP
John R. Vales (JV4307)
john.vales@dentons.com
Kelly L. Lankford (KL9203)
kelly.lankford@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

CARLTON FIELDS JORDEN BURT, P.A.
Frank G. Burt (application for *pro hac vice* admission to be filed)
fburt@carltonfields.com
Brian P. Perryman (application for *pro hac vice* admission to be filed)
bperryman@carltonfields.com
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendant*
*Federal Warranty Service Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSE M. WOTURSKI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL WARRANTY SERVICE CORPORATION,<br><br>Defendant. | Case No. 1:17-CV-04309<br><br>**DEFENDANT FEDERAL WARRANTY SERVICE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Motion Date: July 17, 2017<br><br>Document Electronically Filed |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), defendant Federal Warranty Service Corporation ("Federal Warranty"), through its counsel of record, shall move the United States District Court for the District of New Jersey, before the Honorable Noel L. Hillman, at the Mitchell H. Cohen Building & U.S. Courthouse, Camden, New Jersey, on July 17, 2017, for an order dismissing the Complaint and/or compelling plaintiff Rose M. Woturksi to pursue her claims in an arbitral forum in the manner provided for in her Federal Warranty service contract.

In support hereof, Federal Warranty shall rely upon the accompanying Brief in Support of Motion to Dismiss. A proposed form of order is also filed herewith. Pursuant to L. Civ. R. 78.1(b), oral argument is requested.

Dated: June 15, 2017

Respectfully submitted,

DENTONS US LLP

By: */s/ John R. Vales*
John R. Vales (JV4307)
john.vales@dentons.com
Kelly L. Lankford (KL9203)
kelly.lankford@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

CARLTON FIELDS JORDEN BURT, P.A.
Frank G. Burt*
fburt@carltonfields.com
Brian P. Perryman*
bperryman@carltonfields.com

1

1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendant*
*Federal Warranty Service Corporation*

*Application for *pro hac vice* admission to be filed

2

103992034\V-1